GEORGE F. KEIM, Respondent, v. PHILIP KALMUS, Appellant.— Motion for stay granted, without costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

MORRIS KRAVITZ and Others, Respondents, v. JOHN CONNORS, Appellant.— The brief of the respondents contains an unwarranted attack upon the attorney for the other side.    Such a presentation of a case does not aid the party who writes the brief.    Nevertheless, as the case has been decided [See *post*, pp. 836, 842], with this expression of opinion we conclude not to strike this matter from the record. Motion denied, without costs.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JOHN W. O'DONNELL, Respondent, v. ALICE C. DUFFY, Appellant.— Motion for stay granted.    Appellant's time to answer extended ten days after decision of the appeal on condition that the case be brought on for argument on Friday, December 16, 1921, for which date the case is set down.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINIFRED SULLIVAN, Appellant, v. JAMES J. CONWAY, a City Magistrate of the City of New York, Respondent.— Motion for reargument denied.    Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ARTHUR F. RILEY, an Infant, etc., Respondent, v. THE STANDARD OIL COMPANY OF NEW YORK, Appellant.— Motion denied.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

B. OGLESBY YOUNG, Respondent, v. MINOR GLEASON, Appellant.— Motion denied, without costs.    The application for the stay should be made in the United States District Court, which court has exclusive jurisdiction to determine whether the cause has been removed.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

CLIFFORD ARTHUR, Respondent, v. EXCELSIOR THEATRE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of EVA CORDES, Respondent, v. MICHAEL BROWN, Appellant.— Order of filiation by the Court of Special Sessions affirmed, with costs.    No opinion.    Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.